DORSEY & WHITNEY LLP
Bruce R. Ewing
Geoffrey M. Godfrey (*pro hac admission pending*)
ewing.bruce@dorsey.com
godfrey.geoff@dorsey.com
51 West 52nd Street
New York, NY  10019
(212) 415-9200

*Attorneys for Verizon Communications, Inc., d/b/a Fios TV*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,  Plaintiff,  -v-  VERIZON COMMUNICATIONS, INC., d/b/a Fios TV,  Defendant. | Civil No. 21-CV-04322-DLC  **MOTION FOR ADMISSION PRO HAC VICE FOR GEOFFREY M. GODFREY** |

------------------------------------------------------------------

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, I, Geoffrey M. Godfrey hereby move this Court for an Order for Admission to practice Pro Hac Vice to appear as counsel for Defendant Verizon Communications, Inc., d/b/a Fios TV in the above-captioned action.

I am a member in good standing of the bars of the states of Washington, California, and the District of Columbia.  There are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended,

disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3

| | |
|---|---|
| Dated: Seattle, Washington<br>June 16, 2021 | DORSEY & WHITNEY LLP<br><br>By  /s/ G. Godfrey<br>GEOFFREY M. GODFREY<br>godfrey.geoff@dorsey.com<br>701 Fifth Avenue, Suite 6100<br>Seattle, WA  98104<br>(612) 340-2600<br><br>*Attorney for Defendant Verizon Communications, Inc., d/b/a Fios TV* |